

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Van Martin Gaskins, Trustee of the
Van Martin Gaskins Family Trust;
Kelly Joe Gaskins, Trustee of the
Kelly Joe Gaskins Family Trust; and
Kayla Gaskins McDonnell, Trustee of the
Kayla Gaskins McDonnell Family Trust,

\* From the 118th District Court
  of Howard County,
  Trial Court No. 53849.

Vs. No. 11-21-00201-CV

\* June 8, 2023

Navigator Oil & Minerals, Inc.;
Warrior Exploration, LLC;
Patrick Banaise Blake;
Mitchell C. Meyers; Michael J. Daniel;
Spencer Evans Blake; Riley Blake Leader;
and Patricia Dalby Matthies,

\* Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we affirm the trial court's judgment, in part, insofar as the trial court granted summary judgment in favor of Appellees and determined that (1) the Correction Deed is valid and enforceable, and (2) Appellants' counterclaim for trespass to try title fails as a matter of law. We reverse the judgment of the trial court, in part, insofar as the trial court declared that J.S. Clay only conveyed a 50/160 royalty interest in the property to Joe Mac and LaVerne Gaskins, and we render judgment that the Correction Deed reserved unto J.S. Clay (and his heirs and assigns), and conveyed collectively to Joe Mac and LaVerne Gaskins, the same interest amount in the property—a 70/160 royalty interest.

The costs incurred by reason of this appeal are taxed 50% against Appellants Van Martin Gaskins, Trustee of the Van Martin Gaskins Family Trust; Kelly Joe Gaskins, Trustee of the Kelly Joe Gaskins Family Trust; and Kayla Gaskins McDonnell, Trustee of the Kayla Gaskins McDonnell Family Trust, and 50% against Appellees Navigator Oil & Minerals, Inc.; Warrior Exploration, LLC; Patrick Banaise Blake; Mitchell C. Meyers; Michael J. Daniel; Spencer Evans Blake; Riley Blake Leader; and Patricia Dalby Matthies.